United States District Court
Southern District of Texas
**ENTERED**
April 04, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| TEXAS PRECIOUS METALS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:22-CV-00039 |
| D'ANCONIA COPPER, LLC d/b/a PATRIOT COINS, | § § § § | |
| Defendant. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the March 6, 2023, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Mitchel Neurock. (Dkt. No. 23). Magistrate Judge Neurock made findings and conclusions and recommended that Plaintiff's Motion for Entry of Default Judgment, (Dkt. No. 16), be denied. (Dkt. No. 23 at 1).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Magistrate Judge Neurock's M&R, (Dkt. No. 23), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's Motion for Entry of Default Judgment, (Dkt. No. 16), is **DENIED**.

It is SO ORDERED.

Signed on April 4, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**